IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERESA S. GREENE, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 07-392 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Defendant | : | |

...o0o...

MEMORANDUM OPINION

Plaintiff Teresa S. Greene, acting pro se, filed an obscure complaint in the District Court of Maryland for Baltimore City against three employees of the United States Veterans Administration. The Government removed the case and moved to substitute the United States as defendant. Thereupon, the Government moved to dismiss the claim for failure to exhaust administrative claim requirements under the Federal Tort Claims Act. Although Greene (who has not responded to the Government's motion) was not provided with the notice ordinarily provided to pro se litigants pursuant to *Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 1975), it is clear in this instance that the requirement of such notice may be dispensed with, as Green manifestly has no cognizable claim. Accordingly, the motions for substitution and to dismiss shall be granted. An order follows.

Filed: March 23, 2007                                            /s/
                                                                               ANDRE M. DAVIS
                                                                               UNITED STATES DISTRICT JUDGE